DECISIONS PER CURIAM, FROM MAY 6, 1918, TO JUNE 10, 1918, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 863. LUIS HULLER ET AL., PLAINTIFFS IN ERROR, *v.* STATE OF NEW MEXICO ON THE RELATION OF NORTHWESTERN COLONIZATION & IMPROVEMENT COMPANY OF CHIHUAHUA. In error to the Supreme Court of the State of New Mexico. Motion to dismiss submitted April 29, 1918. Decided May 6, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Equitable Assurance Society* v. *Brown,* 187 U. S. 308, 311, 314; *Delmar Jockey Club* v. *Missouri,* 210 U. S. 324; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.,* 228 U. S. 596, 599–600. (2) § 237, Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726; *Philadelphia & Reading Coal & Iron Co.* v. *Gilbert,* 245 U. S. 162. *Mr. Walter D. Hawk, Mr. Samuel S. Holmes, Mr. A. B. Renehan, Mr. Charles A. Douglas* and *Mr. Jo V. Morgan* for plaintiffs in error. *Mr. James R. Garfield, Mr. D. J. Cable, Mr. Harry L. Patton* and *Mr. Francis C. Wilson* for defendant in error.